IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

**UNITED STATES OF AMERICA**

VS                                                    CR NO. **3:08-394**

**CHARLENE ETHERIDGE EAST**

# PLEA

The defendant, **CHARLENE ETHERIDGE EAST**, having withdrawn her plea of Not Guilty entered 5/19/08, pleads **GUILTY** to Counts **1 - 4** of the **Indictment** after arraignment in open court.

_(Signature)_
(Signed) Defendant

Columbia, South Carolina
September 3, 2008